UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **DOMINIQUE E REAUX #365869** | **CASE NO. 6:19-CV-00469 SEC P** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **MIKE COUVILLION ET AL** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights complaint filed pursuant to 42 U.S.C. §1983 be **DISMISSED WITHOUT PREJUDICE** pursuant to FRCP Rule 41(b).

THUS DONE in Chambers on this 22nd day of August, 2019.

Robert R. Summerhays
United States District Judge